**FILED**

DEC 1 5 2010

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 3:10-CR-065-LRH-VPC |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL INDICTMENT |
| v. ) | IN INSTANT CASE AND RELATED |
| ) | SEARCH AND SEIZURE WARRANTS |
| HECTOR MORENO-SALAZAR, ) | IN 3:09-MJ-78-VPC, |
| ) | 3:09-MJ-79-VPC, AND |
| Defendant. ) | 3:09-MJ-80-VPC |

Based upon the ex parte motion to unseal the Indictment in 3:10-CR-065-LRH-VPC and to unseal the related search and seizure warrants in 3:09-MJ-78-VPC, 3:09-MJ-79-VPC, and 3:09-MJ-80-VPC by the government dated December 15, 2010, and good cause showing,

IT IS HEREBY ORDERED that the Indictment in case number 3:10-CR-065-LRH-VPC, the search warrant (and accompanying papers, including application and affidavit in support thereof) in case number 3:09-MJ-79-VPC, and the seizure warrants (and accompanying papers, including application and affidavit in support thereof) in case numbers 3:09-MJ-79-VPC and 3:09-MJ-80-VPC, respectively, are hereby UNSEALED.

IT IS SO ORDERED.

Dated this 15 day of December, 2010.

_____
HON. VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE