1
2
3
4
5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    UNITED STATES OF AMERICA,          Case No.  3:10-cr-00065-LRH-VPC

10                          Plaintiff,

11        v.

12   JUAN DIAZ-ABARCA,
        a/k/a Hector Moreno-Salazar,
13

14                          Defendant.

15

16   UNITED STATES OF AMERICA,          Case No.  3:16-cr-00023-MMD-WGC

17                          Plaintiff,          REASSIGNMENT ORDER

18        v.

19   JUAN DIAZ-ABARCA,
        a/k/a Hector Moreno-Salazar,
20

21                          Defendant.

22

23        Before the court is the government's Notice of Related Cases (ECF No. 18 in the

24   2010 case and ECF No. 13 in the 2016 case).

25        The presiding District Judges in these actions have determined that these actions

26   are related and that there is good cause to reassign them to one District Judge.

27   Reassignment of the two cases to one judge will promote judicial efficiency and will not

28

1  result in prejudice to the parties. The practice in this district has been to assign related

2  cases to the assigned judge and magistrate in the first filed case.

3       Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:16-cr-00023-

4  MMD-WGC is reassigned to District Judge Larry R. Hicks and Magistrate Judge Valerie

5  P. Cooke and all future pleadings must bear case number 3:16-cr-00023-LRH-VPC.

6       IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and

7  docket to reflect this reassignment.

8       IT IS SO ORDERED.

9       DATED this 6th day of May, 2016.

10

11           MIRANDA M. DU
         UNITED STATES DISTRICT JUDGE

12

13

14

15           LARRY R. HICKS
         UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28